IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **vs.** | ) **CRIMINAL NO. 09-00061-KD** |
| | ) |
| **JAMES BARTHOLOMEW PRATT** | ) |

**ORDER**

This matter is before the Court on the United States' "Motion to Dismiss Indictment" against James Bartholomew Pratt. (Doc. 7). Specifically, the United States "moves this Court pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure to dismiss, without prejudice, the Indictment presently pending . . . ."[1] (Id.) Having considered the motion, it is **ORDERED** that the Indictment against James Bartholomew Pratt is hereby **DISMISSED** without prejudice. Accordingly, it is **ORDERED** that the Arraignment scheduled for July 1, 2009 is **CANCELED.** The Clerk is **DIRECTED** to provide notice of this ruling to the Defendant.

**DONE** and **ORDERED** this the **11th** day of **June 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] Rule 48 of the Federal Rules of Criminal Procedure governs the dismissal of indictments and states that the "government may, with leave of court, dismiss an indictment, information, or complaint." FED.R.CIV.P. Rule 48(a).